IN THE CIRCUIT COURT OF LAFAYETTE COUNTY, MISSISSIPPI

STATE

VS. CAUSE NO. LK06-109

JAMES EARL JONES DEFENDANT

## JUDGMENT SENTENCE

This day this cause came on to be heard for the purpose of imposing sentence on the above named defendant, a verdict having been entered on the 28th day of April, 2006, in this cause, and sentence having been deferred; and the defendant and his counsel having been granted the right of allocution. The Defendant being present in open court with his attorney, and the Court having heard the proof and being fully advised in the premises finds as follows:

I.

The Defendant was convicted of the felony of Burglary of a Dwelling on the 28th day of April, 2006;

II.

The Defendant has been convicted at least twice previously of felonies upon charges separately brought and arising out of separate incidents at different times;

III.

The Defendant was sentenced to and served separate terms of one (1) year or more in a state penal institution for each of the felonies;

IV.

At least one (1) of such felony convictions was a crime of violence, to wit: Aggravated Assault.

EXHIBIT
tabbies
A

V.

The State has met the burden provided for under Section 99-19-83 of the Mississippi Code of 1972, Annotated, as amended.

IT IS HEREBY ORDERED AND ADJUDGED that the Defendant, James Earl Jones, be, and he is hereby sentenced to life imprisonment in the State penitentiary, and such sentence shall not be reduced or suspended nor shall he be eligible for parole or probation.

So ordered, this ~~28th~~ 7th day of ~~June,~~ July 2006.

[signature]
CIRCUIT JUDGE

FILE THIS THE 7 DAY OF July, 20 06
MINUTE BOOK 5P PAGE 181-182
MARY ALICE BUSBY, CIRCUIT CLERK
BY D.B. D.C.